1148

No. 00–955. HURLEY ET UX. *v.* MOTOR COACH INDUSTRIES, INC. C. A. 7th Cir. Certiorari denied.

No. 00–958. POWERSCREEN OF AMERICA, INC., ET AL. *v.* CONSTRUCTION EQUIPMENT CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 00–959. YOUNG ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–960. VIRGIN ET AL. *v.* SAN LUIS OBISPO COUNTY ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–964. STOUT ET AL. *v.* BYRIDER, AKA DOCHERTY MOTORS, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–966. SYED *v.* HERCULES INC. ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–968. SMITH *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 00–971. MORRIS *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 00–974. CADLEROCK PROPERTIES JOINT VENTURE, L. P. *v.* CONNECTICUT COMMISSIONER OF ENVIRONMENTAL PROTECTION ET AL. Sup. Ct. Conn. Certiorari denied.

No. 00–975. DUBRIA *v.* SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–976. JOHNSON, DIRECTOR, OHIO DEPARTMENT OF ADMINISTRATIVE SERVICES, ET AL. *v.* ASSOCIATED GENERAL CONTRACTORS OF OHIO, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–977. BARRETT *v.* BOROUGH OF CARLISLE. C. A. 3d Cir. Certiorari denied.

No. 00–978. BRASS *v.* GDQ CORP. C. A. 5th Cir. Certiorari denied.